IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NUE CHEER FRANKLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:11-CV-683-WKW |
| | ) |
| RICHARD C. DEAN, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 20), and upon an independent review of the file, it is ORDERED that the Recommendation is adopted, and that Plaintiff Nue Cheer Franklin's motion for default judgment (Doc. # 19) is DENIED.

It is further ORDERED that this action is REFERRED back to the Magistrate Judge for further proceedings and a recommendation as may be appropriate.

DONE this 27th day of January, 2012.

                                                  /s/ W. Keith Watkins
                                       CHIEF UNITED STATES DISTRICT JUDGE