IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NUE CHEER FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:11-CV-683-WKW |
| | ) | |
| RICHARD C. DEAN, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 31), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED, and that Defendant Richard Dean's Motion to Dismiss (Doc. # 24) is DENIED.

It is further ORDERED that this action is REFERRED back to the Magistrate Judge for appropriate proceedings.

DONE this 15th day of May, 2012.

_____/s/ W. Keith Watkins_____
CHIEF UNITED STATES DISTRICT JUDGE