IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Nue Cheer Franklin,
    Plaintiff,

v.                                          Civil Action No: 2:11CV683-WKW

Richard C. Dean,
    Defendant.

## MOTION TO STRIKE JURY DEMAND

COMES NOW the Defendant and moves the Court to strike the Jury Trial Demand filed by the Plaintiff and as grounds would state that under Rule 38, *FRCP*, the demand is not timely filed, as it should have been filed within 14 days of service of the last pleading. The last pleading, according to the *FRCP* was the Answer filed by the Defendant, which was filed and served upon the Plaintiff on February 10, 2012. Therefore, her demand for a jury trial should have been filed by February 24, 2012.

Further, when the parties in the above case discussed mediation of this case many weeks ago, the Plaintiff stated to the Defendant that she "did not want Judge Walker to be the mediator in this case, because if the case could not be settled, Judge Walker would be the one presiding over the trial." Therefore, the Plaintiff has known for many, many weeks that there was no jury demand in this case, and that if the case proceeded to trial, it would be tried before a Judge.

WHEREFORE, the Defendant requests the Court to strike the Plaintiff's jury demand because it is untimely.

Respectfully submitted this 17th day of September, 2012.

                                                       /s/ Richard C. Dean, Jr.
                                                       Richard C. Dean, Jr.   (DEA010)
                                                       Defendant

415 S. McDonough Street
P.O. Box 1028
Montgomery, AL 36101-1028
(334) 264-2695
cns

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document has been served upon the following by placing the same in the U.S. Mail, postage prepaid, this 17th day of September, 2012.

Nue Cheer Franklin
P.O. Box 231232
Montgomery, AL 36123

                                              /s/ Richard C. Dean, Jr.
                                              Richard C. Dean, Jr.
                                              Defendant